**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-4099**

_____

UNITED STATES OF AMERICA,

                      Plaintiff – Appellee,

       v.

JOE JOHNSON, JR.,

                      Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:11-cr-00563-CMH-1; 1:93-mj-00209-TRJ-1)

_____

Submitted:  June 21, 2012            Decided:  June 25, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joe Johnson, Jr., Appellant Pro Se. Alicia J. Yass, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Johnson, Jr., appeals the district court's order affirming the magistrate judge's order denying Johnson's motion to seal, for protective order, and for expungement. We have reviewed the record and find no reversible error. Accordingly, we affirm the order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED